THE RICHARDS SHOOK CORPORATION, Respondent, v. EDWARD B. HITTLEMAN and Another, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

RUDOLPH GUERINO, an Infant, by NATALE GUERINO, His Guardian ad Litem, and NATALE GUERINO, Respondents, v. SURFACE TRANSPORTATION CORPORATION, Appellant.— The jury's verdict in defendant's favor was fully supported by the weight of the credible evidence and it was clearly error for the court to set the verdict aside. Order unanimously reversed, with costs and disbursements, and the verdict reinstated. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of LESTER BLAKE, Petitioner, for an Order to Review a Determination of LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD SMITH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGO R. DEMATTEIS, Appellant.— Judgment unanimously reversed, the information dismissed and defendant discharged from custody, on the ground that defendant's guilt was not proved beyond a reasonable doubt. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

E. ERNEST NITSCHKE and Others, Appellants, v. FLORENCE G. MULLINS, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

BERT W. PARSONS, Appellant, v. CYRUS C. JONES, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. The court erred in dismissing the complaint. Facts sufficient to constitute a cause of action were testified to by the plaintiff at the time the motion was granted. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CITY BANK FARMERS TRUST COMPANY and MATILDA H. LLOYD, as Trustees, etc., of FRANCIS G. LLOYD, Deceased, Respondents, v. 7 EAST 44TH STREET CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [167 Misc. 245.]

LEAH I. MARKS, Individually, and as General Guardian, etc., of HENRY MARKS, and Others, Appellants, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.